# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Tran Jawar Compton #26710-057
(Name of Plaintiff)      (Inmate Number)

P.O. Box 1000 Lewisburg, PA 17837
(Address)  WITNESS

(2) Dominique Middleton #47486-074
(Name of Plaintiff)      (Inmate Number)

P.O. Box 1000 Lewisburg, PA 17837
(Address)                    et al.

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) David J. Ebbert, Warden / A. Jordon

(2) United States of America / D. Sullivan

(3) LT. Scott / Officer Wessigman / Dr Edinger   et al.
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

1:17cv1791

(Case Number)

**CIVIL COMPLAINT**

**FILED
SCRANTON**

OCT 0 3 2017

PER _____ DEPUTY CLERK

TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS
                     ✓   28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  **PREVIOUS LAWSUITS**

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:
   Case#
   5:15-CV-150, 2015 N/A

1

ADDITIONAL DEFENDANTS

(1) OFFICER A. BIRD
(2) OFFICER B. NICKELS
(3) J. DRESSLER

x Trae Compton #26710-057

x DATE: 9-28-17

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ___ Yes ✓ No

C. If your answer to "B" is Yes:

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer to "B" is No, explain why not: __11.8 Retaliation by Lewisburg staff in standard 40--grievance procedures.__

## III. DEFENDANTS

(1) Name of first defendant: ~~_____~~ OFFICER MISSIGMAN
   Employed as __OFFICER__ at __Lewisburg USP__
   Mailing address: __PO Box 1000 LEWISBURG PA 17837__
(2) Name of second defendant: __David J. EBBERT__
   Employed as __Warden__ at __LEWISBURG US.P__
   Mailing address: __P.O. Box 1000 LEWISBURG PA 17837__
(3) Name of third defendant: __A. JORDON__
   Employed as __DHO__ at __LEWISBURG, PA__
   Mailing address: __P.O. Box 1000 LEWISBURG, PA 17837__
   (List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On 12-1-2016 I\M True Jawar Compton #26710-057 was illegally held by the administration at Lewisburg SMU. MR. Compton Completed the program 12-1-2016 an should have been redesignated

2

to another compound 12-1-2016 an should have been move but

2. was given false inident reports in retaliation by officer B.NICkles on 12-15-2016 and A.BIRD 12-14-2016 to illegally hold mr.compton from leaving the (SMU) program without a resubmission or hearing by a (SMU) hearing offical or Coordinator. The fact

3. still remains why was mr.compton not resubmitted to the (SMU) program by a hearing according to the law. Mr. Compton is still illegally held at the (SMU) an have not once been resubmitted for any Incident report to the (SMU) by a Hearing Offical or Coordinator

SEE ATTACHMENT (1) and (2)
(3) and (4)

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. DAMAGES
PUNITIVE - $200,000.00 From each individual in there  Capacity. For the illegality of holding I/m Compton on false reports or written Documents. Violating Deliberate indifference, Due process, Negligence.

2. DAMAGES
COMPENSATORY - $19,000.00 IN each individual Capacity For making false reports or Documents an illegally forging my name to Documents

3. MINOR DAMAGES
NOMINAL - $10.00 For restraining me with hand Cuffs Called (rapid-Cuffs) the Complete replica of the (Black Box) Cause DAMAGE To Back, rist and hand in each individual Capacity.

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __28__ day of __SEPTEMBER__, 20_17_.

_____
(Signature of Plaintiff)

THIS STATEMENT IS TRUE AND CORRECT by THE PENALTY OF PERJURY UNDER 18 U.S.C. § 1746

x TRAE JAVAR COMPTON #26710-057

x DATE 9-28-17

1 OF 1

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Trae Jawar Compton, Plaintiff, | AFFIDAVIT |
| Vs. | CASE NO: _____ |
| UNITED STATES OF America Officer MISSIGMAN et al. | |

(1) On the 20th MISSIGMAN is in retaliation by threatening me, sexually harrassing me. Missigman came to my door 9-20-2017 stating i Trae Compton was a "Hot Bitch" for me filing an he should have me placed in restraints just to kill my bitch ass.

MISSIGMAN looked inside my cell an said "aint nobody fucking your sweet ass tonight i need to find you a Celly" an during the passing out food askme "doe's your food tast good". MISSIGMAN Has other individuals like D. Sullivan threatening to harm my person for i fear something is going to happen to me. On 9-21-2017 a unknown officer not wearing a name tag tried to bribe me in the cell with a "white" man an threatin to write me up if i did not move, i refused for thats my opposit race an there trying to have me killed.

1 OF 1

ATTACHMENT
EXHIBIT (B)

BP-A0288
JAN 17

**INCIDENT REPORT**

U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS

### Part I - Incident Report

| 1. Institution: USP Lewisburg | | Incident Report Number: | |
|---|---|---|---|
| 2. Inmate's Name: Compton, Trae | 3. Register Number: 26710-057 | 4. Date of Incident: 9-12-2017 | 5. Time: 2:35 pm |
| 6. Place of Incident: J-Block  Cell 312 | 7. Assignment: unassigned | | 8. Unit:: J-Block |
| 9. Incident: 201- Fighting with another person  307 - Refusing to obey an order. | | 10. Prohibited Act Code(s) 201, 307 | |

11. Description of Incident (Date: 09/12/2017   Time: 2:35 p.m.   Staff became aware of incident):

On September 12th 2017 at 2:35 pm while working in J-Block, I heard a disturbance coming from the 3rd floor. I went to investigate the situation and saw both inmates Compton, Trae 26710-057 and inmate Middleton, Dominique #47486-074 involved in a physical altercation. I radioed for staff assistance and gave both inmates several direct orders to cease their actions which they did not. I then administered a two second burst with my MK-4 OC Dispenser with negative results. I then administered a second two second burst with positive results, at which time inmate Compton stated "Get this Motherfucker out of here". Both inmates complied with staff orders and submitted to hand restraints. I applied hand restraints to both inmates and was relieved by responding staff.

| 12. Typed Name/Signature of Reporting Employee: S.O. Missigman | 13. Date And Time: 9-12-2017 / 3:20 pm |
|---|---|

| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): C.Howelchick/ CM | 15. Date Incident Report Delivered: 9-12-17 | 16. Time Incident Report Delivered: 1605 |
|---|---|---|

### Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you:
____ Committed the Prohibited Act as charged.
____ Did not Commit a Prohibited Act.
____ Committed Prohibited Act Code(s). _____ _____

B. ____ The Committee is referring the Charge(s) to the DHO for further Hearing.
C. ____ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action:_____(The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name)

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

BP-A0288
JAN 17
U.S. DEPARTMENT OF JUSTICE

# INCIDENT REPORT

ATTACHMENT Exhibit (B)

FEDERAL BUREAU OF PRISONS

## Part I - Incident Report

| 1. Institution: USP Lewisburg | Incident Report Number: IR #3032352 | | |
|---|---|---|---|
| 2. Inmate's Name: Compton, Trae | 3. Register Number: 26710-057 | 4. Date of Incident: 9-12-2017 | 5. Time: 2:35 pm |
| 6. Place of Incident: J-Block Cell 312 | 7. Assignment: unassigned | | 8. Unit:: J-Block |
| 9. Incident: 201- Fighting with another person  307 - Refusing to obey an order. | 10. Prohibited Act Code(s) 201 , 307 | | |

11. Description of Incident (Date: 09/12/2017 Time: 2:35 p.m. Staff became aware of incident):

This incident report is a rewrite for the incident that occurred on September 12th 2017 at 2:35 pm. While working in J-Block, I heard a disturbance coming from the 3rd floor. I went to investigate the situation and observed both inmates Compton, Trae 26710-057 and inmate Middleton, Dominique #47486-074 fighting. Upon my arrival both inmates were wrestling on the ground and exchanging closed hand punches to the head and upper torso. I radioed for staff assistance and gave both inmates several direct orders to cease their actions which they refused. I then administered a two second burst with my MK-4 OC Dispenser with negative results. Inmate Compton gave a closed hand punch to inmate Middleton. At which time inmate Middleton remained on the ground facing the wall. I then administered a second two second burst with positive results, at which time inmate Middleton jumped up and went to the back of the cell towards the window. Inmate Compton then stated "Get this Motherfucker out of here". Both inmates complied with staff orders and submitted to hand restraints. I applied hand restraints to both inmates and was relieved by responding staff.

| 12. Typed Name/Signature of Reporting Employee: S.O. Missigman | 13. Date And Time: 9-18-2017 / 7:43 am | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): CM | 15. Date Incident Report Delivered: 9-18-17 | 16. Time Incident Report Delivered: 0935 |

## Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you:
____ Committed the Prohibited Act as charged.
____ Did not Commit a Prohibited Act.
____ Committed Prohibited Act Code(s). _____ _____

B. ____ The Committee is referring the Charge(s) to the DHO for further Hearing.
C. ____ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action:_____(The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature)    Member (Typed Name)    Member (Typed Name)

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

The (DHO) A. Jordan continues to violate liberty interest by violating the policy by false documents, reports to illegally hold inmates here at the (SMU) program here at U.S.P. Lewisburg. This (DHO) A. Jordan by giving false incident reports of Action (205) code engaging in a sexual act, the liberty interest has violated policy and law also characterizing Mr. Compton as a sexual preditor and making him a complete target in the inmate houseing at the (SMU) program. The warden David Ebbert and (DHO) A. Jordan have co-conspired in conspiracy to hinderd Mr. Compton by given false incident reports to keep Compton here at the (SMU) program. Mr. Compton has already completed this program once. From April 1st, 2016 to December 1st, 2016 he was completed the 9month program, Mr. Compton was suppose to be redesignated an on the list to be shipped to another prison, on December 14, 2016 and December 15, 2016 was giving Two false incident reports for a (205) ENGAGING in a sexual act and was not resubmitted by hearing to the (SMU) program to start 90days over. The standard policy hand book an staff conduct is by law an should be follow'd properly by employee conduct. Mr. Compton was intentionally charged by the (DHO) A. Jordan who excepted both written reports by a B. Nickles who wrote false charge and document with A. Bird following and writing false document exactly the same code (205) engagin in a sexual act these are female officers here at Lewisburg penitentiary.
    This (DHO) A. Jordan harshly sanction Mr. Compton to 2 to 3 years lost of privileges and 121 days Non-vested Good conduct time for the false incident report (205) code engaging in a sexual act for a accusation made by B. Nickle and A. Bird who stated masturbation in which by policy is a (300) serious offense for "INDECENT EXPOSURE. The (DHO) and officers continue to use code (205) to make a higher severity an sanction, for they know by the inmate Handbook a (300) serious offense is in plain view [SEE: Sexual misconduct - staff only ] it states [The use of Indecent sexual Language or sexually oriented visual surveillance for the purpose of sexual gratification.] This is violated by giving report (205) Engaging in a sexual act [That states] [SEE: HANDBOOK:] [Psych - Educational Program \ DAP# Sexual abusive Behavior and intervention an over-view for offender page 3 and 4 [STATES] To Engage in a sexual is with a inmate or staff.] "I'm not a homosexual nor did i rape any staff" Complete slander of character.

1 of 2

In relief mr. Compton ask this court for help, for that he fears for his life from the retaliation searches, harrassment, threats and even Cellmates that are paid to harm or possibly kill mr. Compton that are of another race. In relief that he is removed from the (SMU) program into safer housing, for his staff at Lewisburg continue to use reversible racisism tactics like spitting in his food or ripping his sheets and giving him a Cellmate to state a possible fight to give false incident reports or document to keep him housed at Lewisburg (SMU) program. The staff and employee's are getting away with just simply stating that a inmate threatend there person, without any facts to prove such statement the inmate is Charged an has to repeat his 90 days over, but where doe's it state in the inmate hand Book that a inmate must start over 90 days without a resubmission or Hearing to the (SMU) violating all of the inmates by name at U.S.P Lewisburg: Trae Compton#26710-057 Dominique Middleton#47986-074, Robbert Gray# N/A Inmate at Lewisburg and Demontray Ward#45499-379.

  These inmates have been spray'd, beatin, tortured by staff employees stated in this (Lawsuite) an have been charged by false reports to hinder them from leaving the (SMU) program. These individual employee show Ku Klux Klan tactics as if they dont care about there employeement or about the saftey of the inmate population especially (Blacks) that are by targeted for the knowledge they lack, an incompetent mental health capability. The staff conduct and treatment is way beyond policy standard an is under the color of law, there are No. body Camra's or microphones to show the inmate action or listen to the inmate coversation with the officer or even monitor's inside the Cell to observe the inmates behavior or monitor if a fight breaks out or a stabbing occures. This institution is very unsafe an needs to be evaluated by the united states marshalls SIS and SIA Devision. On 5-10-2017 I inmate Trae Compton#26710-057 was 30 days to Level 2 when inmate Robbert Gray Caught a masturbation charge on a psych Dr. Enille wrote gray up for a incident report code (205) Engaging

in a sexual act, the officer's were suppose to take Gray to the restraint cell but instead brought Jm-Gray to my cell in full restraints and ask if i would take Gray, i refused Gray due to a conflict between us, an Gray being a mental Health disruptive inmate an suppose to ADX. Due to my refusal i Trae Compton #26710-057 was charge with a false incident report stating i threatend Gray and the both of us were place in restraints [SEE ATTACHMENT (A):] INCIDENT report #307,203 code Threatening another with Bodily harm, Refusing To obey an order Given by (DHO) L. Black in which my signature was foreged by a Officer D. Sullivan who changed my staff representative From unit manager J. Dressler to himself without my consent in front of (DHO) L. Black. I Trae Compton #26710-057 was not resubmitted by any hearing at this (SMU) program an inmate Gray an I Trae Compton #26710-057 Due process were violated when we were started over 90 days without a resubmission or hearing here at Lewisburg U.S.P. [SEE EXHIBIT (F)]

On 09/12/2017 I inmate Trae Compton #26710-057 and Dominique Middleton wrote seperate AFFidawits to the UOC and to the Courts with (TRO) for Belief, Due to the fact inmate MIDDLETON TC Masturbated on a female staff at 3:00am or so while I Trae Compton # were sleeping, we were currently moved after Mr. middleton was served with a incident report (205) code engaging in a sexual act that is by false charge, we were moved to cell 312 in J-Block that has a Flap on the window to prevent us from seeing out the window to staff. I inmate Trae Compton # were taken out to see the Lawyer's Committy because im not recieving any mental health treatment here at US.P Lewisburg and that there is no Telepsyche. When i Trae Compton return back to my cell #312 my cellmate Dominique middle #47486-074 was plating a suecide attempt by poping several asprin an alergy pills trying to kill himself i did the only thing i could do kick the door an try to get him help, other individuals came with a officer missigman as i talked to the officer an show'd him my cellmate laying on the floor spitting up pills, missigman gave me a direct order to move out of his way as he

sprayed cellmate Dominique MIDDLETON# 47486-074 with mass, soon after were both given write ups incident reports for fighting in which both of us stated verbally an by affidavits that there was no fight an that we were not fighting. I Trae Compton was charged TC an sanction by a DHO an UDC without TC a resubmission or hearing as well as Dominique MIDDLETON# 47486-074.

This UDC HENDRICKSON Decision after the original report was Rewritten [see ATTACHMENT Exhibits 6] an Changed by OFFICER MISSIGMAN was in violation of law an policy after the original report writen 9-12-17 that had no incident report No# on it, then given another incident report that was rewritten 9-18-17 with a incident report No# on it # 3032352 in complete violation of the inmate Trae Compton# 26710-057 and Dominique MIDDLETON# 47486-074 Due process right to not be served within 24 hours with report or extention of time. And again I Trae Compton# 26710-057 and Dominique# 47486-074 are being illegally held on false incident reports, Document and charges here at the (SMU) program - and have not been resubmitted by hearing official or coordinature.

On 8-9-17 I Trae Compton# 26710-057 have been move to J-Block an on 8-10-17 was given my medication by a nurse name Scholnova. On 8-22-2017 I was discontinue by a Dr. Edinger because he states I wasn't taken my medication on different occassion [SEE EXBIT1] "That states the nurses don't bring medication at a appropreate time, i maybe in the shower or at REC". I Trae Compton# 26710-057 are being denied any medical care, TREATMENT or Therapy an is in retaliation of Dr. Edinger.

In the United States District Court
For the
Middle District of Pennsylvania

Trae Javar Compton,
Plaintiff,

v.

United States of America,
Dr. Edinger

AFFIDAVIT
Case No: _____

(1) I Trae Javar Compton #26710-057 on 8-9-17 I Mr. Compton was move to J-Block on 8-10-17 I was given my medication by a nurse Scholnova. Every since 8-22-2017 I was discontinued without a reason, but states I missed my medication on 6 different occassions. I've wrote copouts grievances that are simply disposed of by counsoler's and nurses due to no respone. I have simply been denied any medication for cronic care back pains or treatment or therapy here at the (SMU) Lewisburg by Dr. Edinger.

This statement is true and correct by the penalty of perjury under § 18 U.S.C. §1746.

1 of 2

x TRAE JAVAR COMPTON
REG NO: 26710-057
P.O. BOX 1000
LEWISBURG, PA 17837


x DATE: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| Trae Jawar Compton et al. Plaintiffs, <br><br> V. <br><br> UNITED STATES OF America <br> OFFICER MISSIGMAN et al. Defendants | AFFIDAVIT <br> Criminal Complaints <br> Civil action No. |
|---|---|

1. On 09\12\2017 at 2:35 pm I Trae Compton #26710-057 was accused of fighting my Cellmate Dominique #47486-074. I Trae Compton admitted to staff and gave a writen affidavit of truth to Counsoler an so did Dominique MIDDLETON To state that we were not fighting.

2. At 2:35pm OFFICER MISSIGMAN HEARD EVERYONE on 3rd FLOOR J-Block KICKING AND BANGING ON THE DOOR "YELLING" MAN DOWN OFFICER MISSIGMAN Came to CELL R on 3rd FLOOR J-Block with other individual officers.

3. MISSIGMAN ASK I TRAE Compton whats going on I TRAE COMPTON STATED "LOOK

MY CELLY IS TRYING TO COMMITT SUECIDE an that he swollow 4 Boxes of ALLEGY TABLETS AN asprin pills, CHAPLIN CARNEY SAW HIM TAKE THEM.

4. WHILE MY Cellmate Dominique middleton was laying on the floor spiting up pills MISSIGMAN stated to I Trae Compton move out the way I did as ordered he sprayed my Cellmate 3 to 4 times an Closed the tray Flap ~~UNTIL~~ untill a Luetinant was inform'd.

6. ME Trae Compton and Dominique middleTon was accuse of Fighting an have both admitted that we were not fighting.

7. I Trae Compton saw other individuals go inside of his cell, when he saw the physic BECAUSE I was move To Cell 16 It was MISSIGMAN an moLek the other offical is unidentifiable.

8. THIS HappEND 09/13/2017 they Broke his radio an took all of his stuff.

This statement Is ~~True~~ AND correct under THE Penalty oF Perjury 18 U.S.C. 1746

# INCIDENT REPORT
## U.S. DEPARTMENT OF JUSTICE

### AFFIDAVIT

INSTITUTION: U.S.P LEWISBURG         INCIDENT REPORT NUMBER:
INMATE NAME: DOMINIQUE MIDDLETON     (THERE IS NO NUMBER)
REGISTER NUMBER: 47486-074           DATE OF INCIDENT:
TIME:                                 9/12/17
2:35 PM                               PLACE OF INCIDENT:
ASSIGNMENT: UNASSIGNED               J-BLOCK CELL 312
INCIDENT:                             UNIT:
201 FIGHTING WITH ANOTHER PERSON     J-BLOCK
307 REFUSING TO OBEY AN ORDER        PROHIBITED ACT CODE(S)
                                      201, 307

STATEMENT BY DOMINIQUE MIDDLETON #47486-074 I WAS NOT FIGHTING INMATE TRAE COMPTON #26710-057 NOR DID MR. COMPTON ATTEMPT TO FIGHT ME. I TRIED TO COMMIT SUICIDE BY TAKING NUMEROUS OF PILLS. WHILE I WAS LAYING ON THE FLOOR FROM SEVERE PAIN TRAE COMPTON #26710-057 WAS KICKING THE DOOR YELLING "MAN DOWN MAN DOWN". AFTER, MR. COMPTON CONTINUED TO GET SOME ASSISTANCE BY KICKING THE DOOR & YELLING "MAN DOWN MAN DOWN" THE WHOLE J-BLOCK ON 3RD FLOOR STARTED KICKING THEIR DOORS & YELLING "HELP" OR "MAN DOWN MAN DOWN" & THATS WHEN CO(S) WAS RUNNING DOWN THE HALL TOWARD ME & MR. COMPTON CELL 312. MR. COMPTON DIDN'T STOP KICKING THE DOOR UNTIL OFFICER MISSIGMAN APPEARED. WHEN OFFICER MISSIGMAN ARRIVED HE TOLD MR. COMPTON "MOVE AWAY FROM THE DOOR" YELLED BUT MR. COMPTON YELLED "HELP HIM" & "HE NEED SOME MEDICAL ASSISTANCE". OFFICER MISSIGMAN NEVER STATED "STOP FIGHTING". OFFICER MISSIGMAN EXACT WORDS WERE "EITHER YOU ARE GOING TO GET UP OR I'LL JUST SPRAY YOU." WHEN OTHER OFFICERS WERE ON THEIR WAY OFFICER MISSIGMAN

THEN STATED "STOP FIGHTING" & BEGAN SPRAYING ME WHILE I WAS ON THE FLOOR ALREADY FROM SEVERE PAIN. OFFICER MISSIGMAN STATED TO THE REST OF LEWISBURG THAT WERE ATTENDED THE INCIDENT "MR. COMPTON KNOCKED OUT MR. MIDDLETON." OFFICER MISSIGMAN NEVER SPRAYED MR. COMPTON. BEFORE, THIS SITUATION OFFICER ~~MISSIGMAN~~ MOLEK & OFFICER FUNK CAME TO THE RANGE (3RD FLOOR J-BLOCK TO PICK UP LAUNDRY & I SWALLOWED A HAND FULL OF PILLS IN FRONT OF OFFICER MOLEK. OFFICER MOLEK INFORMED OFFICER FUNK THAT "I JUST SWALLOWED A BUNCH OF PILLS" BEFORE HE LEFT MY CELL DOOR. THATS WHEN OFFICER FUNK OPENS THE FLAP BACK UP & STATED "GOOD LUCK". THEN, CLOSED IT BACK. EVEN BEFORE THAT SITUATION CHAPLAIN CARNEY CAME AROUND & DID ROUNDS OF HIS & MR. COMPTON INFORMED TO CHAPLAIN CARNEY THAT "MR. MIDDLETON THINKING SUICIDAL" & "MR. MIDDLETON SAID HE'S GOING TO SWALLOW ALOT OF PILLS". CHAPLAIN CARNEY JUST LET THE RANGE & NEVER DID ANYONE COME. YES, I WAS GIVEN SEVERAL DIRECT ORDERS TO GET UP BUT IT TOOK SOMETIME FOR ME TO RECOOPERATE BECAUSE IT FELT LIKE MY HEART WAS ABOUT TO BURST. EVENTUALLY, I GOT UP FEELING MORE SEVERE PAIN WHICH HAD ME CRAWLING BACK & FORTH TO THE BED & THE SAME SPOT I WAS LAYING. FINALLY, I COMPLIED WITH STAFF ORDERS & SUBMITTED TO HAND RESTRAINTS THE BEST I COULD BECAUSE OF MACE IN MY EYES. I WAS PLACED IN THE SHOWER UNTIL FURTHER NOTICE, BUT FIRST WHILE I WAITED FOR SOMETIME THE NURSES & OFFICER MOLEK CAME IN FOR THE NURSE TO SEARCH FOR ANY CUTS, WOUNDS OR SIMILAR AS IF ME & MR. COMPTON WAS ACTUALLY FIGHTING. AFTER, NURSES & OFFICER MOLEK LEFT MOMENTS LATER OFFICER MOLEK & OFFICER MISSIGMAN CAME BACK TO THE SHOWERS TO PROVOKE. OFFICER MOLEK STATED "YOU WON'T TRY TO COMMIT SUICIDE ANYMORE WILL YOU?" OFFICER MISSIGMAN "STATED" WHY DIDN'T YOU JUST GET UP & FIGHT BECAUSE NIGGERS NOT ALLOWED IN MEDICAL?" I DIDN'T RESPOND TO NEITHER COMMENT. THEN, OFFICER MOLEK STATED "DUMBFUCK" AS HIM & OFFICER MISSIGMAN LEFT. MOMENTS LATER OFFICER MOLEK CAME

BACK TO TAKE ME BACK TO MY CELL (312), BUT HE STATED "TURN AROUND TO MAKE SURE YOUR HANDCUFFS SECURED" I TURNED AROUND PUT MY HANDS THROUGH THE SHOWER FLAP HE SQUEEZE THE HANDCUFFS TILL THEY COULDN'T BE SQUEEZE NO MORE. THEN, I WAS ESCORTED BACK TO MY CELL (312). REMEMBER OFFICE MISSIGMAN STATED "MR COMPTON KNOCKED MR. MIDDLETON OUT" BECAUSE HE STATED "HE SEEN IT." SEVERAL OFFICERS WERE AROUND HIM WHILE LT. ASK WHAT HAPPEN. THE NURSE NEVER SEEN ANY CUTS, WOUNDS, OR ANYTHING. ALSO, I FILED A COP OUT TO MEDICAL ON 9/13/17

THIS IS A STATEMENT THATS TRUE & CORRECT BY THE PENALTY OF PERJURY 18 U.S.C 1746

SO. THEREFORE _____ CAN ONLY SPEAK ON WHAT HAPPEN IN THE CELL BECAUSE AFTER THIS INCIDENT WE WERE SPLIT.

* THIS IS EVERYTIME OR EVERY PERSON APPROACHED MY CELL (312) RETALIATING OR I EXPLAIN THE SITUATION ABOUT ME COMMITTING SUICIDE ON 9/12/17: (ACKNOWLEDGE THAT THERE WILL BE RETALIATION FROM FILING PROPER DOCUMENTS & I FEAR FOR MY LIFE BECAUSE IF THIS GETS IN THE WRONG HANDS WHO KNOWS WHAT WOULD HAPPEN. I RATHER KILL MYSELF FOR I LET THEM DO IT.)

• 9/13/17 - WHEN LEWISBURG RECREATION OFFICERS WERE DONE TAKING INMATES TO REC OFFICERS MISSIGMAN STATED "HOW DID YOUR PLAN WORK OUT FOR YOU." THEN, JUST STOOD THERE LOOKING BECAUSE I DIDN'T GIVE HIM AN ANSWER, JUST BEFORE HE CLOSED THE WINDOW FLAP HE STATED "STUPID IDIOT." I COULD STILL SEE HIM STANDING FROM THE SHADOW UNDER THE DOOR HAD TO BE LOOKING THROUGH THE PEEK HOLE BECAUSE AS HE WALKS OFF HE STATED AGAIN "STUPID